

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

Nos. 02-19-00270-CR
02-19-00271-CR
02-19-00272-CR

_____

JAMARI NELSON, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court Nos. 1562396D, 1562407D, 1562409D

_____

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: November 27, 2019